UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JUALEIA HALLEY and HEATHER GONGAWARE, individually and on behalf of all others similarly situated, | * * * * * * | CIVIL ACTION NO. 19-01800     c/w (19-02208)  (Reference to All Cases) |
| Plaintiffs, | * * | SECTION "L" JUDGE FALLON |
| VERSUS | * * | |
| WAITR HOLDINGS, INC. F/K/A LANDCADIA HOLDINGS, INC. and WAITR INCORPORATED, | * * * * | MAG. DIV. (2) MAG. JUDGE CURRALT |
| Defendants. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND STIPULATION FOR CLASS CERTIFICATION

**MAY IT PLEASE THE COURT:**

Plaintiffs, Jualeia Halley, Heather Gongaware, Autumn Montgomery, and Nateshus Jackson (collectively, the "Named Plaintiffs"), and Defendant, Waitr Holdings Inc. ("Waitr") (collectively, the "Parties"), hereby move this Court to certify the proposed Rule 23 Class identified herein for the purpose of settlement, determine that the Confidential Class and Collective Settlement Agreement and Release (the "Settlement Agreement") between the Parties is fair and reasonable, approve the requested service awards for the Named Plaintiffs, and approve the Settlement Agreement between the Parties.

Date: July 20, 2020                                          Respectfully submitted,

s/ Clif Alexander
**Clif Alexander** (*Admitted Pro Hac Vice*)
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson** (*Admitted Pro Hac Vice*)
Texas Bar No. 24045189
austin@a2xlaw.com
**Lauren Braddy** (*Admitted Pro Hac Vice)*
Texas Bar No. 24071993
lauren@a2xlaw.com
**ANDERSON ALEXANDER PLLC**
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284


**Philip Bohrer (#14089)**
phil@bohrerbrady.com
**BOHRER BRADY LLC**
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000

*Attorneys for Plaintiffs Jualeia Halley, Heather Gongaware, et al., Plaintiffs in C.A. No. 2:19-cv-01800*

s/Christopher L. Zaunbrecher
**Christopher L. Zaunbrecher** (09546)
**BRINEY FORET CORRY LLP**
413 Travis Street, Suite 200
Post Office Drawer 51367
Lafayette, Louisiana 70505
Telephone: (337) 456-9835
Facsimile: (337) 233-8719
E-mail: zaunbrecher@brineyforet.com

*Attorney for Autumn Montgomery, Nateshus Jackson, et al., Plaintiffs in C.A. No. 2:19-cv-02208*

s/Steven F. Griffith, Jr.
**Steven F. Griffith, Jr**. (27232)
**Erin Pelleteri Howser, T.A.** (30666)
**Laura E. Carlisle** (33760)
**Emily Olivier Kesler** (37747)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200

*Attorneys for Defendant, Waitr Holdings Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification to all counsel of record who are ECF users.

/s/ Clif Alexander
Clif Alexander