UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JUALEIA HALLEY and HEATHER GONGAWARE, individually and on behalf of all others similarly situated, | * * * * * * | CIVIL ACTION NO. 19-01800    c/w (19-02208)  (Reference to All Cases) |
| Plaintiffs, | * * | SECTION "L" JUDGE FALLON |
| VERSUS | * * | |
| WAITR HOLDINGS, INC. F/K/A LANDCADIA HOLDINGS, INC. and WAITR INCORPORATED, | * * * * | MAG. DIV. (2) MAG. JUDGE CURRALT |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND STIPULATION FOR CLASS CERTIFICATION

**MAY IT PLEASE THE COURT:**

Plaintiffs, Jualeia Halley, Heather Gongaware, Autumn Montgomery, and Nateshus Jackson (collectively, the "Named Plaintiffs"), and Defendant, Waitr Holdings Inc. ("Waitr") (collectively, the "Parties"), hereby move this Court to certify the proposed Rule 23 Class identified herein for the purpose of settlement, determine that the Confidential Class and Collective Settlement Agreement and Release (the "Settlement Agreement") between the Parties is fair and reasonable, approve the requested service awards for the Named Plaintiffs, and approve the Settlement Agreement between the Parties.

Date: August 6, 2020                                       Respectfully submitted,

| | |
|---|---|
| s/ Austin W. Anderson | s/Christopher L. Zaunbrecher |
| **Clif Alexander** (*Admitted Pro Hac Vice*) | **Christopher L. Zaunbrecher** (09546) |
| Texas Bar No. 24064805 | **BRINEY FORET CORRY LLP** |
| clif@a2xlaw.com | 413 Travis Street, Suite 200 |
| **Austin W. Anderson** (*Admitted Pro Hac Vice*) | Post Office Drawer 51367 |
| Texas Bar No. 24045189 | Lafayette, Louisiana 70505 |
| austin@a2xlaw.com | Telephone: (337) 456-9835 |
| **Lauren Braddy** (*Admitted Pro Hac Vice)* | Facsimile: (337) 233-8719 |
| Texas Bar No. 24071993 | E-mail: zaunbrecher@brineyforet.com |
| lauren@a2xlaw.com | |
| **ANDERSON ALEXANDER PLLC** | *Attorney for Autumn Montgomery, Nateshus Jackson, et al., Plaintiffs in C.A. No. 2:19-cv-02208* |
| 819 N. Upper Broadway | |
| Corpus Christi, Texas 78401 | |
| Telephone: (361) 452-1279 | |
| Facsimile: (361) 452-1284 | s/Erin Pelleteri Howser |
| | **Steven F. Griffith, Jr**. (27232) |
| **Philip Bohrer (#14089)** | **Erin Pelleteri Howser, T.A.** (30666) |
| phil@bohrerbrady.com | **Laura E. Carlisle** (33760) |
| **BOHRER BRADY LLC** | **Emily Olivier Kesler** (37747) |
| 8712 Jefferson Highway, Suite B | 201 St. Charles Avenue, Suite 3600 |
| Baton Rouge, Louisiana 70809 | New Orleans, Louisiana 70170 |
| Telephone: (225) 925-5297 | Telephone: (504) 566-5200 |
| Facsimile: (225) 231-7000 | |
| | *Attorneys for Defendant, Waitr Holdings Inc.* |
| *Attorneys for Plaintiffs Jualeia Halley, Heather Gongaware, et al., Plaintiffs in C.A. No. 2:19-cv-01800* | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2020 I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification to all counsel of record who are ECF users.

                                                                   */s/ Erin Pelleteri Howser*
                                                                   **Erin Pelleteri Howser**